IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. TANNEHILL and ROBYN L. TANNEHILL, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-105-TFM-C ) |
| DENIS S. McDONOUGH, Secretary, U.S. Department of Veterans Affairs, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On May 6, 2021, the Magistrate Judge entered a Report and Recommendation which recommends "Plaintiffs' Motion To Stay All Proceedings And Order Directing the Department of Veterans Affairs and the Guarantee Title Company, LLC To Produce All Records Pertaining To The Plaintiffs Requested And Being Illegally Withheld In Violation Of The Privacy Act" (Doc. 80, filed 4/2/21) be denied. *See* Doc. 92. In response, the *pro se* Plaintiffs' filed the "Plaintiffs' Motion to Withdraw that Portion of their Motion to Stay Proceedings Directing the VA and Guarantee Title Co. to Produce Records Pertaining to Them and Objection to Court Orchestrated R&R." *See* Doc. 98. The Court has reviewed the subject motion, the report and recommendation, objections, and conducted a de novo review of the relevant case file. For the reasons discussed below, the objections are **OVERRULED** and the Report and Recommendation ("R&R") is **ADOPTED** as the opinion of the Court.

In reviewing the objections and motion to withdraw, the Court finds that Plaintiffs seemingly have only withdrawn the motion imbedded in the motion to stay, i.e., their request for an order directing the production of documents listed in the FOIA request. *See* Doc. 98 at 1.

Further, it seems as those they hope these filings will prompt the Department of Veterans Affairs to grant their FOIA appeal. *Id*. The only objection of note is that Plaintiffs object to the Magistrate Judge filings his R&R when the Defendants never objected to the motion to stay. *Id*. at 2. There are otherwise no substantive objections that address the legal analysis contained within the R&R.

After reviewing the R&R and Plaintiffs' objection to it, the Court finds that the original motion to stay (Doc. 80) still merits denial. Though there may not have been any responses filed by the Defendants that is ultimately not necessary. It is the Court's sole discretion whether to stay a case and Plaintiffs' burden to establish the legally appropriate need for one. Defendants lack of response either for or opposed to the stay is merely one factor the Court might consider. In the case at hand, the Court agrees with the conclusion by the R&R that a stay is not warranted. The fact that Plaintiffs' attempt to withdraw only a portion of their stay motion does not change the analysis.

Therefore, after due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the R&R is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that "Plaintiffs' Motion To Stay All Proceedings And Order Directing the Department of Veterans Affairs and the Guarantee Title Company, LLC To Produce All Records Pertaining To The Plaintiffs Requested And Being Illegally Withheld In Violation Of The Privacy Act" (Doc. 80) is **DENIED.** "Plaintiffs' Motion to Withdraw that Portion of their Motion to Stay Proceedings Directing the VA and Guarantee Title Co. to Produce Records Pertaining to Them and Objection to Court Orchestrated R&R" (Doc. 98) is **OVERRULED** to the extent they are objections and **DENIED as moot** as to the partial motion to withdraw.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 7th day of July, 2021.

                                        /s/Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES DISTRICT JUDGE